# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT P. MULLER, an individual, CESAR MIANI, an individual, YOLANDA MIANI, an individual, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>AUTO MISSION, LTD., a corporation, dba Hayward Toyota; TOYOTA MOTOR CREDIT CORPORATION, a corporation; and DOES 1 through 20, Inclusive,<br><br>Defendants. | No. 13-cv-00304-NC<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 13 |

On February 15, 2013, defendant Toyota Motor Credit Corporation filed a motion to compel arbitration which is set for hearing on April 3, 2013. Dkt. No. 5. On February 25, defendant Auto Mission Ltd. filed a joinder in the motion. Dkt. No. 12. The deadline to file any opposition to the motion was March 1, 2013. On March 14, 2013, plaintiffs submitted a request for an extension of time to submit their opposition for the reason that the response date was inadvertently miscalendared. Dkt. No. 13. Plaintiffs' request is not accompanied by a declaration or a proposed order as required by the applicable local rules, and fails to describe the efforts plaintiffs have made to obtain a stipulation to the time

Case No. 13-cv-00304 NC
ORDER DENYING REQUEST FOR
EXTENSION OF TIME

1 | change. *See* Civ. L.R. 6-1(b) ("A request for a Court order enlarging or shortening time
2 | may be made by written stipulation pursuant to Civil L.R. 6-2 or motion pursuant to Civil
3 | L.R. 6-3."); Civ. L.R. 6-3(a) (a motion to change time "must be accompanied by a
4 | proposed order and by a declaration"). Accordingly, the Court denies without prejudice
5 | plaintiffs' request for an extension of time for failure to comply with the local rules.
6 | Plaintiffs may resubmit their request in compliance with the requirements of Civil L.R. 6-2
7 | or Civil L.R. 6-3. The motion must state the specific extension of time sought by plaintiffs.
8 | IT IS SO ORDERED.
9 | Date: March 14, 2013
10 | Nathanael M. Cousins
United States Magistrate Judge

Case No.13-cv-00304 NC
ORDER DENYING REQUEST FOR
EXTENSION OF TIME

2