| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |    Including Professional Corporations |
| | ANNA S. McLEAN, Cal. Bar No. 142233 |
| 3 | amclean@sheppardmullin.com |
| | LAI L. YIP, Cal. Bar No. 258029 |
| 4 | lyip@sheppardmullin.com |
| | CHARLOTTE O. CUNNINGHAM, Cal. Bar No. 287222 |
| 5 | ccunningham@sheppardmullin.com |
| | Four Embarcadero Center, 17th Floor |
| 6 | San Francisco, California 94111 |
| | Telephone: 415.434.9100 |
| 7 | Facsimile: 415.434.3947 |
| 8 | Attorneys for Defendant |
| | TOYOTA MOTOR CREDIT CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| ROBERT P. MULLER, an individual, CESAR MIANI, an individual, YOLANDA MIANI, an individual, and on behalf of the general public,<br><br>            Plaintiffs,<br><br>    v.<br><br>AUTO MISSION, LTD., a corporation doing business as HAYWARD TOYOTA; TOYOTA MOTOR CREDIT CORPORATION, a corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 3:13-cv-00304-NC<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION** AND ORDER AS MODIFIED<br><br>Judge: Hon. Nathanael Cousins<br><br>Date: April 3, 2013<br>Time: 1:00 p.m.<br>Crtrm: A, 15th Fl.<br><br>Complaint Filed:  August 31, 2012<br>Trial Date  None Set |

# STIPULATION

WHEREAS plaintiffs Robert P. Muller, Cesar Miani, and Yolanda Miani have requested an extension to respond to the Motion to Compel Arbitration filed by defendant Toyota Motor Credit Corporation ("TMCC");

WHEREAS the hearing on the Motion to Compel Arbitration is presently set for April 3, 2013;

WHEREAS no time modifications have been made in this case to date;

WHEREAS the parties have met and conferred and agree that plaintiffs will have up to and including March 19, 2013 to file the opposition to the Motion to Compel Arbitration; TMCC will have up to and including March 29, 2013 to file the reply in support of the Motion to Compel Arbitration; and the hearing on the Motion to Compel Arbitration will be continued from April 3, 2013 at 10:00 a.m. to April 17, 2013 at 10:00 a.m., or as soon thereafter as is convenient to the Court;

THEREFORE, pursuant to Local Rule 6-2, the parties through their undersigned counsel stipulate that:

1. The deadline for plaintiffs to file the opposition to the Motion to Compel Arbitration is March 19, 2013;

2. The deadline for TMCC to file the reply in support of the Motion to Compel Arbitration is March 29, 2013; and

3. The hearing on the Motion to Compel Arbitration is continued from April 3, 2013 at 10:00 a.m. to April 17, 2013 at ~~10:00 a.m.~~ at 1:00 PM.

Dated: March 18, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ *Anna S. McLean*
ANNA S. McLEAN
Attorneys for Defendant
TOYOTA MOTOR CREDIT CORPORATION

Case3:13-cv-00304-NC Document16 Filed03/18/13 Page3 of 4

1

2 Dated: March 18, 2013

3                 LAW OFFICES OF ROBERT G. PATRICK, A PLC

4
            By        /s/ *Robert G. Padrick*
5                       ROBERT G. PADRICK
                      Attorneys for Plaintiffs
6         ROBERT P. MULLER, CESAR MIANI and
7                       YOLANDA MIANI

8

9 IT IS SO ORDERED.

10

11

12 Dated: March 18, 2013

13

14                       Honor[able]
15                       United [States]

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Nathanael M. Cousins]*

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:408168988.1 -2- Case No. 3:13-cv-00304-NC
STIPULATION TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION

## CERTIFICATION

I, Anna S. McLean, am the ECF User whose identification and password are being used to file this STIPULATION TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION; [PROPOSED] ORDER. Pursuant to General Order 45, section X.B, I attest that Robert G. Padrick has concurred in this filing.

Dated: March 18, 2013

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By    /s/ *Anna S. McLean*
                ANNA S. McLEAN
              Attorneys for Defendant
        TOYOTA MOTOR CREDIT CORPORATION