| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>  A Limited Liability Partnership<br>  Including Professional Corporations<br>ANNA S. McLEAN, Cal. Bar No. 142233<br>amclean@sheppardmullin.com<br>LAI L. YIP, Cal. Bar No. 258029<br>lyip@sheppardmullin.com<br>CHARLOTTE O. CUNNINGHAM, Cal. Bar No. 287222<br>ccunningham@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111<br>Telephone:  415.434.9100<br>Facsimile:   415.434.3947<br><br>Attorneys for Defendant<br>TOYOTA MOTOR CREDIT CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| ROBERT P. MULLER, an individual, CESAR MIANI, an individual, YOLANDA MIANI, an individual, and on behalf of the general public,<br><br>                   Plaintiffs,<br><br>         v.<br><br>AUTO MISSION, LTD., a corporation doing business as HAYWARD TOYOTA; TOYOTA MOTOR CREDIT CORPORATION, a corporation; and DOES 1 through 20, inclusive,<br><br>                   Defendants. | Case No. 3:13-cv-00304-NC<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION** AND ORDER AS MODIFIED<br><br>Judge:  Hon. Nathanael Cousins<br><br>Date:   April 3, 2013<br>Time:   1:00 p.m.<br>Crtrm:  A, 15th Fl.<br><br>Complaint Filed:   August 31, 2012<br>Trial Date             None Set |

# STIPULATION

WHEREAS plaintiffs Robert P. Muller, Cesar Miani, and Yolanda Miani have requested an extension to respond to the Motion to Compel Arbitration filed by defendant Toyota Motor Credit Corporation ("TMCC");

WHEREAS the hearing on the Motion to Compel Arbitration is presently set for April 3, 2013;

WHEREAS no time modifications have been made in this case to date;

WHEREAS the parties have met and conferred and agree that plaintiffs will have up to and including March 19, 2013 to file the opposition to the Motion to Compel Arbitration; TMCC will have up to and including March 29, 2013 to file the reply in support of the Motion to Compel Arbitration; and the hearing on the Motion to Compel Arbitration will be continued from April 3, 2013 at 10:00 a.m. to April 17, 2013 at 10:00 a.m., or as soon thereafter as is convenient to the Court;

THEREFORE, pursuant to Local Rule 6-2, the parties through their undersigned counsel stipulate that:

1.   The deadline for plaintiffs to file the opposition to the Motion to Compel Arbitration is March 19, 2013;

2.   The deadline for TMCC to file the reply in support of the Motion to Compel Arbitration is March 29, 2013; and

3.   The hearing on the Motion to Compel Arbitration is continued from April 3, 2013 at 10:00 a.m. to April 17, 2013 at ~~10:00 a.m.~~ at 1:00 PM.

Dated:  March 18, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/ *Anna S. McLean*_____
ANNA S. McLEAN
Attorneys for Defendant
TOYOTA MOTOR CREDIT CORPORATION

Dated: March 18, 2013

                    LAW OFFICES OF ROBERT G. PATRICK, A PLC

                    By          /s/ *Robert G. Padrick*
                              ROBERT G. PADRICK
                              Attorneys for Plaintiffs
                    ROBERT P. MULLER, CESAR MIANI and
                              YOLANDA MIANI

IT IS SO ORDERED.

Dated: March 18, 2013

IT IS SO ORDERED AS MODIFIED

Judge Nathanael M. Cousins

1 **CERTIFICATION**

2   I, Anna S. McLean, am the ECF User whose identification and password are
3 being used to file this STIPULATION TO EXTEND BRIEFING SCHEDULE AND
4 CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION;
5 [PROPOSED] ORDER.  Pursuant to General Order 45, section X.B, I attest that
6 Robert G. Padrick has concurred in this filing.
7 Dated:  March 18, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ *Anna S. McLean*
ANNA S. McLEAN
Attorneys for Defendant
TOYOTA MOTOR CREDIT CORPORATION

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28