| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |    Including Professional Corporations |
| | ANNA S. McLEAN, Cal. Bar No. 142233 |
| 3 | amclean@sheppardmullin.com |
| | LAI L. YIP, Cal. Bar No. 258029 |
| 4 | lyip@sheppardmullin.com |
| | CHARLOTTE O. CUNNINGHAM, Cal. Bar No. 287222 |
| 5 | ccunningham@sheppardmullin.com |
| | Four Embarcadero Center, 17th Floor |
| 6 | San Francisco, California 94111 |
| | Telephone: 415.434.9100 |
| 7 | Facsimile: 415.434.3947 |
| 8 | Attorneys for Defendant |
| | TOYOTA MOTOR CREDIT CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| ROBERT P. MULLER, an individual, CESAR MIANI, an individual, YOLANDA MIANI, an individual, and on behalf of the general public,<br><br>        Plaintiffs,<br><br>   v.<br><br>AUTO MISSION, LTD., a corporation doing business as HAYWARD TOYOTA; TOYOTA MOTOR CREDIT CORPORATION, a corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 3:13-cv-00304-NC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** AND ORDER<br><br>Judge: Hon. Nathanael Cousins<br><br>Date: April 24, 2013<br>Time: 10:00 a.m.<br>Crtrm: A, 15th Fl.<br><br>Complaint Filed: August 31, 2012<br>Trial Date          None Set |

1  **STIPULATION**

2  WHEREAS, the Case Management Conference ("CMC") is presently set for
3  April 24, 2013 at 10:00 a.m.;
4  WHEREAS, the hearing on Toyota Motor Credit Corporation's ("TMCC's")
5  Motion to Compel Arbitration is presently set for April 17, 2013 at 1:00 p.m.;
6  WHEREAS, the parties have met and conferred and agree that it would be in
7  the best interests of the parties and the Court to continue the CMC until after the
8  Court is likely to have ruled on TMCC's motion to compel, as many of the issues to
9  be addressed at the CMC, such as a discovery, pretrial, and trial schedule, may be
10 mooted by the Court's ruling;
11 THEREFORE, pursuant to Local Rule 6-2, the parties through their
12 undersigned counsel stipulate that the Case Management Conference is continued
13 from April 24, 2013 at 10:00 a.m. to May 29, 2013 at 10:00 a.m.
14 Dated:  April 2, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ *Anna S. McLean*
ANNA S. McLEAN
Attorneys for Defendant
TOYOTA MOTOR CREDIT CORPORATION

20 Dated:  April 2, 2013

KOLAR & ASSOCIATES LLP

By  /s/ *Michelle Burr*
MICHELLE BURR
Attorneys for Defendant
AUTO MISSION, LTD dba HAYWARD TOYOTA

Dated: April 2, 2013

                LAW OFFICES OF ROBERT G. PATRICK, A PLC

                By  /s/ *Robert G. Padrick*
                        ROBERT G. PADRICK
                        Attorneys for Plaintiffs
              ROBERT P. MULLER, CESAR MIANI and
                         YOLANDA MIANI

IT IS SO ORDERED.

Dated: April 3, 2013

**GRANTED**
[signature]
Judge Nathanael M. Cousins

Honorable ~~Nathanael M. Cousins~~
United States Magistrate Judge

## CERTIFICATION

I, Anna S. McLean, am the ECF User whose identification and password are being used to file this STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE. Pursuant to General Order 45, section X.B, I attest that Michelle Burr and Robert G. Padrick have concurred in this filing.

Dated: April 2, 2013

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By     /s/ *Anna S. McLean*
                         ANNA S. McLEAN
                       Attorneys for Defendant
                TOYOTA MOTOR CREDIT CORPORATION