1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
   ANNA S. McLEAN, Cal. Bar No. 142233
3  amclean@sheppardmullin.com
   LAI L. YIP, Cal. Bar No. 258029
4  lyip@sheppardmullin.com
   CHARLOTTE O. CUNNINGHAM, Cal. Bar No. 287222
5  ccunningham@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
6  San Francisco, California 94111
   Telephone:  415.434.9100
7  Facsimile:   415.434.3947

8  Attorneys for Defendant
   TOYOTA MOTOR CREDIT CORPORATION
9

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                     (San Francisco Division)

13

| ROBERT P. MULLER, an individual, CESAR MIANI, an individual, YOLANDA MIANI, an individual, and on behalf of the general public, <br><br>Plaintiffs, <br><br>v. <br><br>AUTO MISSION, LTD., a corporation doing business as HAYWARD TOYOTA; TOYOTA MOTOR CREDIT CORPORATION, a corporation; and DOES 1 through 20, inclusive, <br><br>Defendants. | Case No. 3:13-cv-00304-NC <br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** AND ORDER <br><br>Judge:  Hon. Nathanael Cousins <br><br>Date:  April 24, 2013 <br>Time:  10:00 a.m. <br>Crtrm: A, 15th Fl. <br><br>Complaint Filed:  August 31, 2012 <br>Trial Date  None Set |
|---|---|

**STIPULATION**

WHEREAS, the Case Management Conference ("CMC") is presently set for April 24, 2013 at 10:00 a.m.;

WHEREAS, the hearing on Toyota Motor Credit Corporation's ("TMCC's") Motion to Compel Arbitration is presently set for April 17, 2013 at 1:00 p.m.;

WHEREAS, the parties have met and conferred and agree that it would be in the best interests of the parties and the Court to continue the CMC until after the Court is likely to have ruled on TMCC's motion to compel, as many of the issues to be addressed at the CMC, such as a discovery, pretrial, and trial schedule, may be mooted by the Court's ruling;

THEREFORE, pursuant to Local Rule 6-2, the parties through their undersigned counsel stipulate that the Case Management Conference is continued from April 24, 2013 at 10:00 a.m. to May 29, 2013 at 10:00 a.m.

Dated: April 2, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ *Anna S. McLean*
ANNA S. McLEAN
Attorneys for Defendant
TOYOTA MOTOR CREDIT CORPORATION

Dated: April 2, 2013

KOLAR & ASSOCIATES LLP

By  /s/ *Michelle Burr*
MICHELLE BURR
Attorneys for Defendant
AUTO MISSION, LTD dba HAYWARD TOYOTA

1
2  Dated: April 2, 2013
3                               LAW OFFICES OF ROBERT G. PATRICK, A PLC
4
5                               By          /s/ *Robert G. Padrick*
                                            ROBERT G. PADRICK
6                                           Attorneys for Plaintiffs
                                   ROBERT P. MULLER, CESAR MIANI and
7                                           YOLANDA MIANI
8
9  IT IS SO ORDERED.
10
11
12 Dated: April 3, 2013
13
14                                          **GRANTED**
                                   Honorable Judge Nathanael M. Cousins
15                                 United States Magistrate Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATION**

I, Anna S. McLean, am the ECF User whose identification and password are being used to file this STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE. Pursuant to General Order 45, section X.B, I attest that Michelle Burr and Robert G. Padrick have concurred in this filing.

Dated: April 2, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ *Anna S. McLean*
ANNA S. McLEAN
Attorneys for Defendant
TOYOTA MOTOR CREDIT CORPORATION